IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VANDY STOVALL                                                                 PLAINTIFF

v.                                Case No. 6:23-cv-6115

JASON A BROTHERTON                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 21. Judge Ford recommends that Defendant's Motion to Dismiss (ECF No. 15) be granted in part and denied in part. Specifically, Judge Ford recommends that Plaintiff's official capacity claim, claim for compensatory damages, and request for relief in the form of parole be dismissed. Judge Ford recommends that Defendant's motion be denied in all other respects.

No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 21) in toto. Defendant's Motion to Dismiss (ECF No. 15) hereby is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's official capacity claim, claim for compensatory damages, and request for relief in the form of parole are **DISMISSED**. Defendant's motion is denied in all other respects.

**IT IS SO ORDERED**, this 3rd day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge