IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VANDY STOVALL                                                                    PLAINTIFF

v.                                        Case No. 6:23-cv-6115

JASON A. BROTHERTON                                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 47. Judge Ford recommends that Defendant's Motion for Summary Judgment (ECF No. 39) be denied. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court **adopts** the R&R (ECF No. 47) in toto. Accordingly. Defendant's Motion for Summary Judgment (ECF No. 39) is **DENIED**.

**IT IS SO ORDERED**, this 26th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge